FILED

09/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0735

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0735

_____

CHRISTIAN MICHAEL SMITH,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

                                           O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2024